```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 03959
   JOSE M ROBLES
   ARCELIA ROBLES                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-1260     SSN XXX-XX-9047

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/07/05 and confirmed on 04/14/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 121276.36 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG     52320.00           .00        52320.00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE     18214.69           .00        18214.69
NPS                      SECURED VEHIC     16433.80       1341.66        16433.80
ASPIRE VISA              UNSECURED          3244.85        254.90         3244.85
ECAST SETTLEMENT CORPORA UNSECURED          5936.03        466.19         5936.03
CAPITAL ONE FINANCIAL    UNSECURED         NOT FILED          .00             .00
SMC                      UNSECURED           589.12         46.31          589.12
ECAST SETTLEMENT CORPORA UNSECURED          2694.14        211.62         2694.14
FIRST NORTHERN CREDIT UN UNSECURED          1161.75         91.21         1161.75
ECAST SETTLEMENT CORPORA UNSECURED          1723.88        135.37         1723.88
MARSHALL FIELD           UNSECURED           380.02         29.81          380.02
ECAST SETTLEMENT CORP    UNSECURED          3287.61        258.16         3287.61
WORLD FINANCIAL NETWORK  UNSECURED           465.08         36.46          465.08
WELLS FARGO FINANCIAL IN UNSECURED - C       494.91         39.51          494.91
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  86968.49         .00    19482.48     494.91      106945.88
PRINCIPAL PAID      86968.49         .00    19482.48     494.91      106945.88
INTEREST PAID        1341.66         .00     1530.03      39.51        2911.20
TOTAL PAID          88310.15         .00    21012.51     534.42      109857.08
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $    2700.00
and was paid $    2700.00 .

The Trustee received $    4510.26 .

Refunds to the Debtor totaled $    4209.02 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/17/07                    /S/
                                              GLENN STEARNS
                                              CHAPTER 13 TRUSTEE